UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and all
others similarly situated,

                                          Plaintiff,

        -v.-

ESCHENBACH OPTIK OF AMERICA, INC.,

                                     Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:22-cv-799

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Eschenbach Optik of America, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 30, 2022

*Kiyo A. Matsumoto, USDJ*
June 30, 2022

| **For Plaintiff Martha Hanyzkiewicz** | **For Defendant Eschenbach Optik of America, Inc.** |
|---|---|
| */s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | */s/ Christopher Thomas Parkin* <br> Christopher Thomas Parkin <br> Law Office of Chris Parkin, LLC <br> 69 North Street <br> Danbury, CT 06810 <br> Ph: (203) 290-1807 <br> chris@parkinlegal.com |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*